FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 98–15. ASTAIRE *v.* BEST FILM & VIDEO CORP. C. A. 9th Cir. Certiorari denied. ■

No. 98–16. BAUCUM *v.* SANDERS ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 98–20. OGLESBY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF OGLESBY, DECEASED *v.* BROWN & WILLIAMSON TOBACCO CORP., INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AMERICAN TOBACCO CO., ET AL.;
No. 98–31. WHIRLEY *v.* BROWN & WILLIAMSON TOBACCO CORP., INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AMERICAN TOBACCO CO., ET AL.; and
No. 98–71. HULSEY *v.* BROWN & WILLIAMSON TOBACCO CORP., INDIVIDUALLY AND AS SUCCESSOR BY MERGER TO AMERICAN TOBACCO CO., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 139 F. 3d 898.

No. 98–23. ALEMAN *v.* CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CRIMINAL DIVISION, ET AL. C. A. 7th Cir. Certiorari denied. ■

No. 98–25. ALEXANDER *v.* BAKER, ATTORNEY GENERAL OF GEORGIA, ET AL. Sup. Ct. Ga. Certiorari denied. ■

No. 98–26. NICULESCU *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 98–27. BLANKENSHIP *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ■

No. 98–29. Z. J. GIFTS D–2, L. L. C., DBA CHRISTIE'S *v.* CITY OF AURORA. C. A. 10th Cir. Certiorari denied. ■

No. 98–30. LECHUZA VILLAS WEST *v.* CALIFORNIA COASTAL COMMISSION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. ■